IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   North v. United States of America   : CIVIL NO. 3:CV-01-1212

Inmate:   Robert Aponte North

ID Number:   21527-037

FILED
SCRANTON

JUL - 6 2001

PER _____
DEPUTY CLERK

### ADMINISTRATIVE ORDER (WRIT OF MANDAMUS)

The petition for writ of mandamus filed by the individual identified above has been received without a filing fee or a motion to proceed in forma pauperis. This action may not proceed unless the petitioner, within thirty (30) days of the date of this order, either:

(1)   tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $150.00; or

(2)   files a properly completed application to proceed in forma pauperis.

A form application to proceed in forma pauperis is enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: July 6, 2001