*See Attachments*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>North v. United States of America</u> | : | CIVIL NO. 1:CV-01-1212 |
| Inmate: | Robert    Aponte North | : | (Judge Kane) |
| ID Number: | 21527-037 | : | |

FILED
HARRISBURG, PA
AUG 17 2001
MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## ORDER

On June 29, 2001, the individual identified above filed a petition for writ of mandamus without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>. By Administrative Order dated July 6, 2001, the plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, the plaintiff either paid the statutory filing fee of $150.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

_____
Yvette Kane
United States District Judge

DATE: August 17, 2001

Certified from the record
Date 8-17-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 17, 2001

Re:  1:01-cv-01212    North v. United States of Ame

True and correct copies of the attached were mailed by the clerk to the following:

Robert Aponte North
LSCI ALLENWOOD
21527-037
P.O. Box 2000
White Deer, PA  17887

```
cc:
Judge                         (✓)         (✓) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen   ( )
                                        DA of County  ( )    Respondents   ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE:  8-17-01                                BY: _____
                                                   Deputy Clerk