

U.S. OFFICIAL MAIL
U.S. POSTAGE
≈ 00.340
METER 590023
N

PENALTY
FOR
PRIVATE
USE $300
☆ ☆

remailed
FCI-Fairton 8/27/01
1:CV-01-1212
☐ OTHER
copy (4)

FILED
HARRISBURG

AUG 2 4 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

RTS
RETURN TO SENDER

HARRISBURG
06-17-01
PA

17A&7+2000 1710&/0583

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS